**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06955
                                                             Honorable Elaine E. Bucklo

Alfonzo Ingram
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 28, 2007:

      MINUTE entry before Judge Elaine E. Bucklo :Response to petitioner's petition pursuant to 28 USC Section 2255 will be due by 2/1/08; and reply by 3/21/08. Target date for ruling by mail set for 5/2/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.