UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 C 6955 |
| | ) | (02 CR 688-2) |
| ALFONZO INGRAM | ) | Judge Bucklo |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Barry A. Miller
　　Barry A. Miller
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 886-1325