UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 C 6955 |
| | ) | (02 cr 688) |
| ALFONZO INGRAM | ) | Judge Bucklo |

NOTICE OF FILING

TO:   Alfonzo Ingram
#20864-424
Federal Correctional Center
P.O. Box 9000
Seagoville, TX  75159-9000

PLEASE TAKE NOTICE that on Monday, January 14, 2008, the undersigned filed with the Clerk, U.S. District Court, 219 S. Dearborn, Chicago, IL, the GOVERNMENT'S ATTORNEY DESIGNATION, a copy of which is served upon you herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Barry A. Miller
BARRY A. MILLER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois  60604
(312) 886-1325

**Certificate of Service**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing document to be served upon the above-named party by first class mail, postage prepaid, this 14th day of January, 2008.

s/Barry A. Miller
Assistant U.S. Attorney