# United States District Court

## Northern District of Illinois
Eastern Division

Ingram                                **JUDGMENT IN A CIVIL CASE**

        v.                                       Case Number: 07 C 6955

USA

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Ingram's § 2255 petition is denied and the case is terminated.

                                            Michael W. Dobbins, Clerk of Court

Date: 4/30/2008                          _____
                                                    /s/ Mathew P. John, Deputy Clerk