**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America
                Plaintiff,

v.                                        Case No.: 1:07−cv−06955
                                                Honorable Elaine E. Bucklo

Alfonzo Ingram
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:The petitioner having shown good cause stating that he did not receive notice under Fed. R. Civ. P. (77)(d),by filing Notice of Failure to Serve Court Order to Defendant, the court extends his appeal time to 9/5/08. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.