IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 0 9 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee, | * | |
| | * | Civ. No. 1:07-CV-06955 |
| vs. | * | Crim. No. 02-CR-688 |
| | * | |
| ALFONZO INGRAM | * | |
| Appellant. | * | |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Alfonzo Ingram, appellant herein, will appeal to the United States Court of Appeals for the Seventh Circuit, from the order entered by this court on August 22, 2008, denying his Motion pursuant to 28 U.S.C. § 2255 motion.

Respectfully submitted

*/s/ Alfonzo Ingram*
Alfonzo Ingram
Reg. No. 20864-424
FCI-Seagoville
P.O. Box 9000
Seagoville, TX 75159