IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

SEP 0 9 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Appellee,<br><br>vs.<br><br>ALFONZO INGRAM<br>    Appellant. | Civ. No. 1:07-CV-06955<br>Crim. No. 02-CR-688 |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Alfonzo Ingram, appellant herein, will appeal to the United States Court of Appeals for the Seventh Circuit, from the order entered by this court on August 22, 2008, denying his Motion pursuant to 28 U.S.C. § 2255 motion.

Respectfully submitted

*Alfonzo Ingram*
Alfonzo Ingram
Reg. No. 20864-424
FCI-Seagoville
P.O. Box 9000
Seagoville, TX 75159

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:   07 cv 6955

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA/appellee | | Ingram/appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Barry A. Miller | Name | Alfonzo Ingram |
| Firm | AUSA | Firm | pro-se #20864-424 |
| Address | 219 So. Dearborn Suite 500 Chgo.IL. 60604 | Address | Seagoville-FCI P.O. Box 9000 Seagoville, TX 75159 |
| Phone | 312) 353-5300 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Bucklo | Date Filed in District Court | 12/11/07 |
| Court Reporter | M. Snyder   X-5563 | Date of Judgment | 8/25/08 |
| Nature of Suit Code | 510 | Date of Notice of Appeal | 9/9/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [X]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order:   8/22/08

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6955 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Ingram | | |

**DOCKET ENTRY TEXT**

As explained in this court's order dated 4/30/08, the petitioner has no colorable showing of a federal right. Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioner's motion for certificate of appealability.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06955
### Internal Use Only

United States of America v. Ingram  
Assigned to: Honorable Elaine E. Bucklo  
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 12/11/2007  
Date Terminated: 04/30/2008  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States of America**     represented by **AUSA**  
United States Attorney's Office (NDIL)  
219 South Dearborn Street  
Suite 500  
Chicago , IL 60604  
(312) 353-5300  
Email: USAILN.ECFAUSA@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**Barry A Miller**  
United States Attorney's Office (NDIL)  
219 South Dearborn Street  
Suite 500  
Chicago , IL 60604  
(312) 886-1325  
Email: barry.miller3@usdoj.gov  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alfonzo Ingram**     represented by **Alfonzo Ingram**  
#20864-424  
Seagoville - FCI  
P.O. Box 9000  
Seagoville, TX 75159  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and 1 copy filed by Defendant Alfonzo Ingram (02 CR 688-2). (smm) (Entered: 12/12/2007) |
| 12/11/2007 | 2 | CIVIL Cover Sheet. (smm) (Entered: 12/12/2007) |
| 12/11/2007 | 3 | POST MARKED envelope for initiating document by Alfonzo Ingram (Document not scanned) (aew, ) (Entered: 12/13/2007) |
| 12/12/2007 |  | (Court only) FORWARDED Copy of motion to vacate, set aside, or correct sentence by person in Federal Custody (28 U.S.C. 2255) to US Attorney's Office. (smm) (Entered: 12/12/2007) |
| 12/28/2007 | 4 | MINUTE entry before Judge Elaine E. Bucklo :Response to petitioner's petition pursuant to 28 USC Section 2255 will be due by 2/1/08; and reply by 3/21/08. Target date for ruling by mail set for 5/2/08.Mailed notice (mpj, ) (Entered: 12/28/2007) |
| 01/14/2008 | 5 | DESIGNATION of Barry A Miller as U.S. Attorney for Plaintiff United States of America (Miller, Barry) (Entered: 01/14/2008) |
| 01/14/2008 | 6 | NOTICE by United States of America re attorney designation 5 (Miller, Barry) (Entered: 01/14/2008) |
| 02/01/2008 | 7 | RESPONSE by Plaintiff United States of America to motion to vacate/set aside/correct sentence (2255) 1 (Miller, Barry) (Entered: 02/01/2008) |
| 03/17/2008 | 8 | TRAVERSE RESPONSE by Defendant Alfonzo Ingram to the Government's opposing Response 7 to his 28 U.S.C. 2255 motion.( Exhibits) (vcf, ) (Entered: 03/19/2008) |
| 04/30/2008 | 9 | MINUTE entry before Judge Honorable Elaine E. Bucklo: Ingram's § 2255 petition is denied and the case is terminated. See Memorandum Opinion and Order for details.Civil case terminated. Mailed notice (mpj, ) (Entered: 04/30/2008) |
| 04/30/2008 | 10 | ENTERED JUDGMENT Signed by Courtroom Deputy Clerk on 4/30/2008:Mailed notice(mpj, ) (Entered: 04/30/2008) |
| 04/30/2008 | 11 | MEMORANDUM Opinion and Order Signed by Judge Honorable Elaine E. Bucklo on 4/30/2008:Mailed notice(mpj, ) (Entered: 04/30/2008) |
| 08/22/2008 | 12 | MINUTE entry before the Honorable Elaine E. Bucklo:The petitioner having shown good cause stating that he did not receive notice under Fed. R. Civ. P. (77)(d),by filing Notice of Failure to Serve Court Order to Defendant, the court extends his appeal time to 9/5/08. Mailed notice (mpj, ) (Entered: 08/22/2008) |
| 08/22/2008 | 13 | MINUTE entry before the Honorable Elaine E. Bucklo: As explained in this court's order dated 4/30/08, the petitioner has no colorable showing of a federal right. Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioners motion for certificate of appealability. Mailed notice (vcf, ) (Entered: 08/25/2008) |
| 09/09/2008 | 14 | NOTICE of appeal by Alfonzo Ingram regarding orders 13 ; (Fee Due) (dj, ) |

| | | (Entered: 09/11/2008) |
|---|---|---|