SUPPORTING DOCUMENTATION & ORDER

**United States District Court**

DISTRICT: **NORTHERN DISTRICT OF ILLINOIS**

CASE TITLE: U.S. v. ALFONZO INGRAM

DOCKET NO. 03-CR-688
(1:07-CV-06955)

MAGISTRATE CASE NO.

I, aLFONZO INGRAM, declare that I am the (check appropriate box)

☐ petitioner/plaintiff
☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant
☒ APPELLANT
☐ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**FILED**
SEP 0 9 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

## FAMILY AND FRIENDS

3. Do you own any cash, or do you have money in checking or savings account?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   **$725.31**

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **FOUR CHILDREN**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/3/08
                (Date)                              Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ 725.31 on account to his credit at the _FCI Seagoville TX_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

                                                     9/3/08
                                        Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge   Date | United States Judge   Date |

## Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 20864424 |
| Inmate Name: | INGRAM, ALFONZO |
| Report Date: | 09/02/2008 |
| Report Time: | 3:30:18 PM |

| | |
|---|---|
| Current Institution: | Seagoville FCI |
| Housing Unit: | SEA-C-A |
| Living Quarters: | C01-120L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | 8/30/2008 9:10:38 AM | TFN0830 | | | Phone Withdrawal | ($5.00) | | $725.31 |
| SEA | 8/28/2008 10:22:59 PM | TFN0828 | | | Phone Withdrawal | ($2.00) | | $730.31 |
| SEA | 8/28/2008 6:05:13 AM | 33323908 | | | Western Union | $100.00 | | $732.31 |
| SEA | 8/27/2008 11:30:52 AM | 16 | | | Sales | ($102.70) | | $632.31 |
| SEA | 8/23/2008 6:28:33 PM | TFN0823 | | | Phone Withdrawal | ($5.00) | | $735.01 |
| SEA | 8/21/2008 11:20:07 PM | TFN0821 | | | Phone Withdrawal | ($5.00) | | $740.01 |
| SEA | 8/21/2008 7:11:45 AM | TFN0821 | | | Phone Withdrawal | ($5.00) | | $745.01 |
| SEA | 8/20/2008 11:25:58 AM | 96 | | | Sales | ($50.20) | | $750.01 |
| SEA | 8/19/2008 12:26:46 PM | TFN0819 | | | Phone Withdrawal | ($5.00) | | $800.21 |
| SEA | 8/16/2008 10:18:31 PM | TFN0816 | | | Phone Withdrawal | ($5.00) | | $805.21 |
| SEA | 8/15/2008 10:20:10 PM | TFN0815 | | | Phone Withdrawal | ($5.00) | | $810.21 |
| SEA | 8/13/2008 7:19:21 PM | TFN0813 | | | Phone Withdrawal | ($5.00) | | $815.21 |
| SEA | 8/13/2008 11:51:36 AM | 25 | | | Sales | ($52.05) | | $820.21 |
| SEA | 8/13/2008 11:06:24 AM | 33322808 | | | Western Union | $125.00 | | $872.26 |
| SEA | 8/8/2008 4:07:46 PM | 33322508 | | | Western Union | $100.00 | | $747.26 |
| SEA | 8/8/2008 10:10:24 AM | HIPP0708 | | | Payroll - IPP | $24.14 | | $647.26 |
| SEA | 8/6/2008 11:31:49 AM | 10 | | | Sales | ($83.55) | | $623.12 |
| SEA | 8/6/2008 7:17:43 AM | TFN0806 | | | Phone Withdrawal | ($3.00) | | $706.67 |
| SEA | 8/5/2008 5:10:12 PM | 33322208 | | | Western Union | $100.00 | | $709.67 |
| SEA | 8/2/2008 10:33:12 PM | TFN0802 | | | Phone Withdrawal | ($3.00) | | $609.67 |
| SEA | 7/30/2008 11:27:40 AM | 12 | | | Sales | ($77.95) | | $612.67 |
| SEA | 7/28/2008 6:58:10 AM | TFN0728 | | | Phone Withdrawal | ($4.00) | | $690.62 |
| SEA | 7/26/2008 3:30:18 PM | TFN0726 | | | Phone Withdrawal | ($4.00) | | $694.62 |
| SEA | 7/25/2008 2:26:14 PM | HICP0708 | | | Inmate Co-pay | ($2.00) | | $698.62 |
| SEA | 7/23/2008 11:32:56 AM | 10 | | | Sales | ($75.25) | | $700.62 |
| SEA | 7/21/2008 10:26:42 PM | TFN0721 | | | Phone Withdrawal | ($5.00) | | $775.87 |
| SEA | 7/21/2008 6:05:29 AM | 33321108 | | | Western Union | $50.00 | | $780.87 |
| SEA | 7/19/2008 7:23:43 AM | TFN0719 | | | Phone Withdrawal | ($8.00) | | $730.87 |
| SEA | 7/17/2008 8:05:13 PM | TFN0717 | | | Phone Withdrawal | ($5.00) | | $738.87 |
| SEA | 7/16/2008 11:20:55 AM | 104 | | | Sales | ($66.20) | | $743.87 |
| SEA | 7/12/2008 11:04:54 PM | TFN0712 | | | Phone Withdrawal | ($6.00) | | $810.07 |
| SEA | 7/11/2008 11:05:43 AM | 33320508 | | | Western Union | $100.00 | | $816.07 |
| SEA | 7/10/2008 5:34:03 PM | TFN0710 | | | Phone Withdrawal | ($3.00) | | $716.07 |

| Alpha Code | Date/Time | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| SEA | 7/9/2008 11:42:01 AM | 18 | Sales | ($75.25) | $719.07 |
| SEA | 7/7/2008 8:39:37 AM | HIPP0608 | Payroll - IPP | $40.31 | $794.32 |
| SEA | 7/2/2008 11:31:49 AM | 15 | Sales | ($42.75) | $754.01 |
| SEA | 6/27/2008 6:07:16 PM | 33319508 | Western Union | $25.00 | $796.76 |
| SEA | 6/25/2008 11:14:05 AM | 120 | Sales | ($63.70) | $771.76 |
| SEA | 6/24/2008 6:32:01 PM | TFN0624 | Phone Withdrawal | ($5.00) | $835.46 |
| SEA | 6/19/2008 5:07:44 PM | 33318908 | Western Union | $50.00 | $840.46 |
| SEA | 6/19/2008 11:21:38 AM | TFN0619 | Phone Withdrawal | ($4.00) | $790.46 |
| SEA | 6/18/2008 11:29:42 AM | 16 | Sales | ($56.10) | $794.46 |
| SEA | 6/17/2008 6:43:25 PM | TFN0617 | Phone Withdrawal | ($4.00) | $850.56 |
| SEA | 6/14/2008 11:45:55 AM | TFN0614 | Phone Withdrawal | ($6.00) | $854.56 |
| SEA | 6/13/2008 5:24:35 PM | TFN0613 | Phone Withdrawal | ($5.00) | $860.56 |
| SEA | 6/11/2008 11:21:27 AM | 118 | Sales | ($11.40) | $865.56 |
| SEA | 6/8/2008 11:07:06 AM | TFN0608 | Phone Withdrawal | ($3.00) | $876.96 |
| SEA | 6/6/2008 12:14:24 PM | HIPP0508 | Payroll - IPP | $39.15 | $879.96 |
| SEA | 6/5/2008 10:36:18 AM | TFN0605 | Phone Withdrawal | ($2.00) | $840.81 |
| SEA | 6/4/2008 11:14:36 AM | 102 | Sales | ($87.40) | $842.81 |

1 2 3 4

Total Transactions: 172

Totals: ($515.44) $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |
| Totals: | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,486.10 | $1,910.85 | $902.85 | $872.26 | $737.84 | N/A | N/A |

# Inmate Statement

| Inmate Reg #: | 20864-424 | Current Institution: | Seagoville FCI |
|---|---|---|---|
| Inmate Name: | INGRAM, ALFONZO | Housing Unit: | SEA-C-A |
| Report Date: | 09/02/2008 | Living Quarters: | C01-121L |
| Report Time: | 3:11:04 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | 6/2/2008 1:38:15 PM | HICP0608 | | | Inmate Co-pay | ($2.00) | | $930.21 |
| SEA | 5/29/2008 11:28:26 AM | 13 | | | Sales | $0.00 | | $932.21 |
| SEA | 5/29/2008 11:25:56 AM | 12 | | | Sales | ($78.25) | | $932.21 |
| SEA | 5/26/2008 12:41:37 PM | TFN0526 | | | Phone Withdrawal | ($7.00) | | $1,010.46 |
| SEA | 5/21/2008 11:53:07 AM | 25 | | | Sales | ($52.70) | | $1,017.46 |
| SEA | 5/19/2008 9:15:17 AM | TFN0519 | | | Phone Withdrawal | ($5.00) | | $1,070.16 |
| SEA | 5/16/2008 5:37:49 PM | TFN0516 | | | Phone Withdrawal | ($5.00) | | $1,075.16 |
| SEA | 5/15/2008 11:32:09 AM | TFN0515 | | | Phone Withdrawal | ($4.00) | | $1,080.16 |
| SEA | 5/14/2008 12:48:10 PM | 19 | | | Sales | ($96.10) | | $1,084.16 |
| SEA | 5/14/2008 11:07:30 AM | 33316308 | | | Western Union | $200.00 | | $1,180.26 |
| SEA | 5/13/2008 6:09:26 PM | 33316208 | | | Western Union | $40.00 | | $980.26 |
| SEA | 5/12/2008 9:58:36 PM | TFN0512 | | | Phone Withdrawal | ($10.00) | | $940.26 |
| SEA | 5/9/2008 11:16:26 AM | HIPP0408 | | | Payroll - IPP | $44.37 | | $950.26 |
| SEA | 5/7/2008 11:32:41 AM | 105 | | | Sales | ($42.45) | | $905.89 |
| SEA | 5/6/2008 11:54:53 AM | TFN0506 | | | Phone Withdrawal | ($5.00) | | $948.34 |
| SEA | 4/30/2008 11:19:09 AM | 13 | | | Sales | ($39.35) | | $953.34 |
| SEA | 4/25/2008 3:08:03 PM | 33315008 | | | Western Union | $100.00 | | $992.69 |
| SEA | 4/25/2008 8:06:21 AM | 33314908 | | | Western Union | $80.00 | | $892.69 |
| SEA | 4/23/2008 11:30:10 AM | 104 | | | Sales | ($67.50) | | $812.69 |
| SEA | 4/21/2008 7:15:45 AM | TFN0421 | | | Phone Withdrawal | ($10.00) | | $880.19 |
| SEA | 4/18/2008 9:44:54 PM | TFN0418 | | | Phone Withdrawal | ($6.00) | | $890.19 |
| SEA | 4/16/2008 3:36:14 PM | TFN0416 | | | Phone Withdrawal | ($5.00) | | $896.19 |
| SEA | 4/16/2008 11:16:09 AM | 5 | | | Sales | ($116.55) | | $901.19 |
| SEA | 4/14/2008 11:05:17 AM | TFN0414 | | | Phone Withdrawal | ($10.00) | | $1,017.74 |
| SEA | 4/13/2008 7:32:30 AM | TFN0413 | | | Phone Withdrawal | ($5.00) | | $1,027.74 |
| SEA | 4/8/2008 7:02:26 PM | 94 | | | Sales | ($22.75) | | $1,032.74 |
| SEA | 4/7/2008 8:54:32 PM | TFN0407 | | | Phone Withdrawal | ($5.00) | | $1,055.49 |
| SEA | 4/7/2008 12:48:05 PM | HIPP0308 | | | Payroll - IPP | $31.01 | | $1,060.49 |
| SEA | 4/2/2008 12:22:03 PM | 33 | | | Sales | ($70.00) | | $1,029.48 |
| SEA | 4/2/2008 12:19:48 PM | 32 | | | Sales | ($80.95) | | $1,099.48 |
| SEA | 3/26/2008 8:21:29 PM | TFN0326 | | | Phone Withdrawal | ($8.00) | | $1,180.43 |
| SEA | 3/23/2008 8:08:15 AM | TFN0323 | | | Phone Withdrawal | ($5.00) | | $1,188.43 |
| SEA | 3/19/2008 11:52:47 AM | 19 | | | Sales | ($9.50) | | $1,193.43 |

| Alpha Code | Date | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| SEA | 3/19/2008 11:51:08 AM | 18 | Sales | ($54.65) | $1,202.93 |
| SEA | 3/17/2008 5:05:45 PM | TFN0317 | Phone Withdrawal | ($8.00) | $1,257.58 |
| SEA | 3/17/2008 10:06:53 AM | 33312108 | Western Union | $200.00 | $1,265.58 |
| SEA | 3/15/2008 10:51:37 AM | TFN0315 | Phone Withdrawal | ($5.00) | $1,065.58 |
| SEA | 3/13/2008 1:07:34 PM | TFN0313 | Phone Withdrawal | ($5.00) | $1,070.58 |
| SEA | 3/12/2008 11:09:28 AM | 3 | Sales | ($24.60) | $1,075.58 |
| SEA | 3/7/2008 9:04:00 AM | HIPP0208 | Payroll - IPP | $37.12 | $1,100.18 |
| SEA | 3/5/2008 11:53:47 AM | 32 | Sales | ($87.00) | $1,063.06 |
| SEA | 3/1/2008 10:40:13 AM | TFN0301 | Phone Withdrawal | ($6.00) | $1,150.06 |
| SEA | 2/27/2008 11:25:03 AM | 114 | Sales | ($6.50) | $1,156.06 |
| SEA | 2/27/2008 11:22:08 AM | 113 | Sales | ($53.20) | $1,162.56 |
| SEA | 2/21/2008 9:36:16 PM | TFN0221 | Phone Withdrawal | ($5.00) | $1,215.76 |
| SEA | 2/21/2008 12:21:42 PM | 32 | Sales | ($1.65) | $1,220.76 |
| SEA | 2/21/2008 12:19:18 PM | 31 | Sales | ($63.45) | $1,222.41 |
| SEA | 2/18/2008 12:14:26 PM | TFN0218 | Phone Withdrawal | ($5.00) | $1,285.86 |
| SEA | 2/15/2008 4:08:23 PM | 33310008 | Western Union | $100.00 | $1,290.86 |
| SEA | 2/15/2008 10:55:08 AM | TFN0215 | Phone Withdrawal | ($7.00) | $1,190.86 |

1 2 3 4

**Total Transactions: 172**

                                      **Totals:**    **($515.44)**    **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |
| Totals: | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 20864-424 | Current Institution: | Seagoville FCI |
| Inmate Name: | INGRAM, ALFONZO | Housing Unit: | SEA-C-A |
| Report Date: | 09/02/2008 | Living Quarters: | C01-121L |
| Report Time: | 3:11:17 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | 2/14/2008 12:08:16 PM | 33309908 | | | Western Union | $100.00 | | $1,197.86 |
| SEA | 2/13/2008 11:38:49 AM | 20 | | | Sales | ($102.15) | | $1,097.86 |
| SEA | 2/11/2008 6:11:46 PM | 33309608 | | | Western Union | $100.00 | | $1,200.01 |
| SEA | 2/11/2008 7:14:13 AM | TFN0211 | | | Phone Withdrawal | ($10.00) | | $1,100.01 |
| SEA | 2/8/2008 8:10:46 AM | HIPP0108 | | | Payroll - IPP | $41.18 | | $1,110.01 |
| SEA | 2/6/2008 11:34:25 AM | 15 | | | Sales | ($11.85) | | $1,068.83 |
| SEA | 1/30/2008 7:07:48 PM | TFN0130 | | | Phone Withdrawal | ($8.00) | | $1,080.68 |
| SEA | 1/30/2008 11:51:03 AM | 127 | | | Sales | ($21.90) | | $1,088.68 |
| SEA | 1/26/2008 8:05:28 AM | TFN0126 | | | Phone Withdrawal | ($4.00) | | $1,110.58 |
| SEA | 1/24/2008 10:35:58 PM | TFN0124 | | | Phone Withdrawal | ($5.00) | | $1,114.58 |
| SEA | 1/24/2008 11:42:29 AM | 47 | | | Sales | ($110.50) | | $1,119.58 |
| SEA | 1/20/2008 6:03:34 PM | TFN0120 | | | Phone Withdrawal | ($4.00) | | $1,230.08 |
| SEA | 1/16/2008 11:55:45 AM | 134 | | | Sales | ($3.05) | | $1,234.08 |
| SEA | 1/16/2008 11:52:01 AM | 132 | | | Sales | ($113.55) | | $1,237.13 |
| SEA | 1/15/2008 2:11:36 PM | 33307708 | | | Western Union | $50.00 | | $1,350.68 |
| SEA | 1/15/2008 12:22:37 PM | | | 642 | Gift | ($50.00) | | $1,300.68 |
| SEA | 1/14/2008 8:25:38 AM | TFN0114 | | | Phone Withdrawal | ($10.00) | | $1,350.68 |
| SEA | 1/13/2008 7:12:05 AM | TFN0113 | | | Phone Withdrawal | ($6.00) | | $1,360.68 |
| SEA | 1/11/2008 11:28:37 AM | TFN0111 | | | Phone Withdrawal | ($5.00) | | $1,366.68 |
| SEA | 1/9/2008 12:08:16 PM | 33307308 | | | Western Union | $175.00 | | $1,371.68 |
| SEA | 1/9/2008 11:28:16 AM | 14 | | | Sales | ($73.25) | | $1,196.68 |
| SEA | 1/8/2008 7:52:03 AM | HIPP1207 | | | Payroll - IPP | $26.01 | | $1,269.93 |
| SEA | 1/6/2008 6:18:27 PM | TFN0106 | | | Phone Withdrawal | ($10.00) | | $1,243.92 |
| SEA | 1/4/2008 11:54:49 AM | TFN0104 | | | Phone Withdrawal | ($10.00) | | $1,253.92 |
| SEA | 1/3/2008 12:01:03 PM | 21 | | | Sales | ($63.70) | | $1,263.92 |
| SEA | 1/3/2008 6:07:58 AM | 33306908 | | | Western Union | $50.00 | | $1,327.62 |
| SEA | 1/1/2008 5:35:56 PM | TFN0101 | | | Phone Withdrawal | ($10.00) | | $1,277.62 |
| SEA | 12/31/2007 9:39:05 PM | TFN1231 | | | Phone Withdrawal | ($10.00) | | $1,287.62 |
| SEA | 12/28/2007 8:02:55 PM | TFN1228 | | | Phone Withdrawal | ($3.00) | | $1,297.62 |
| SEA | 12/26/2007 11:11:01 AM | 3 | | | Sales | ($63.90) | | $1,300.62 |
| SEA | 12/19/2007 12:15:38 PM | 34 | | | Sales | ($135.90) | | $1,364.52 |
| SEA | 12/18/2007 12:10:59 PM | 33305708 | | | Western Union | $100.00 | | $1,500.42 |
| SEA | 12/15/2007 10:00:39 PM | TFN1215 | | | Phone Withdrawal | ($10.00) | | $1,400.42 |

| Alpha Code | Date | Ref | | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| SEA | 12/15/2007 11:07:24 AM | 33305508 | | Western Union | $150.00 | $1,410.42 |
| SEA | 12/13/2007 11:27:43 AM | TFN1213 | | Phone Withdrawal | ($6.00) | $1,260.42 |
| SEA | 12/12/2007 7:11:35 PM | 33305308 | | Western Union | $60.00 | $1,266.42 |
| SEA | 12/12/2007 1:59:13 PM | | 481 | Outside Savings | ($40.00) | $1,206.42 |
| SEA | 12/12/2007 11:39:48 AM | 10 | | Sales | ($35.40) | $1,246.42 |
| SEA | 12/10/2007 1:09:58 PM | 33305108 | | Western Union | $200.00 | $1,281.82 |
| SEA | 12/10/2007 9:35:53 AM | HIPP1107 | | Payroll - IPP | $21.76 | $1,081.82 |
| SEA | 12/9/2007 4:49:27 PM | TFN1209 | | Phone Withdrawal | ($4.00) | $1,060.06 |
| SEA | 12/5/2007 6:20:30 PM | 69 | | Sales | ($41.75) | $1,064.06 |
| SEA | 12/4/2007 7:14:53 AM | TFN1204 | | Phone Withdrawal | ($5.00) | $1,105.81 |
| SEA | 12/1/2007 12:12:41 PM | 33304508 | | Western Union | $200.00 | $1,110.81 |
| SEA | 12/1/2007 6:54:59 AM | TFN1201 | | Phone Withdrawal | ($8.00) | $910.81 |
| SEA | 11/28/2007 11:36:21 AM | 105 | | Sales | ($68.40) | $918.81 |
| SEA | 11/22/2007 4:37:26 PM | TFN1122 | | Phone Withdrawal | ($2.00) | $987.21 |
| SEA | 11/22/2007 7:38:13 AM | TFN1122 | | Phone Withdrawal | ($5.00) | $989.21 |
| SEA | 11/21/2007 11:40:25 AM | 22 | | Sales | ($65.65) | $994.21 |
| SEA | 11/20/2007 8:11:46 PM | 33303708 | | Western Union | $50.00 | $1,059.86 |

1 2 3 4

**Total Transactions: 172**

　　　　　　　　　　　　　　　　　　　　　　　　　　Totals:　($515.44)　$0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |
| Totals: | $725.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725.31 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |