**FILED**
Case: 07-cv-06955 Document #: 48 Filed: 09/11/2008 Page 1 of 2
**SEPTEMBER 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 11, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3329
>
> Caption:
> ALFONZO INGRAM,
> Petitioner - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,
> Respondent - Appellee
>
> ---
>
> District Court No: 1:07-cv-06955
> Court Reporter Joseph Snyder
> Clerk/Agency Rep Michael Dobbins
> District Judge Elaine Bucklo
>
> Date NOA filed in District Court: 09/09/2008

If you have any questions regarding this appeal, please call this office.

CC:

Joseph Snyder

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)